AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| Robert Majtyka | ) 1:24-MJ -55- SLC |
|  | ) |
| *Defendant(s)* | ) |

-FILED-

MAR 18 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 4, 2024__ in the county of __DeKalb__ in the __Northern__ District of __Indiana__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_Kelley, Brandon S._
Digitally signed by Kelley, Brandon S.
Date: 2024.03.18 11:49:58 -04'00'

*Complainant's signature*

Brandon Kelley, USCP

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/18/2024

s/ Michael G. Gotsch, Sr.

*Judge's signature*

City and state: South Bend, Indiana

Michael G. Gotsch, Sr. U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

Comes now, Special Agent Brandon Kelley of the United State Capital Police (USCP), first being duly sworn, now deposes and says:

## AGENT BACKGROUND

1. I am a Special Agent with the United States Capitol Police ("USCP") and have been since 2017. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("TAS") were I have conducted hundreds of investigations involving stalking and threatening communications, both locally and interstate. Of these investigations, numerous involve threatening statements made via the internet through various social media platforms, email providers as well as threats made through telephonic communications. I have also completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques, including but not limited to the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia and the four-week USCP Basic Investigator Training Program. In the course of my employment as a Special Agent with the USCP, I have received continuous trainings in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence.

2. I have been personally involved in the investigation discussed in this affidavit. In addition to my personal knowledge, the statements contained in this affidavit are based in part on the following information provided verbally and in written reports by other law enforcement personnel, information gathered during

the utilization of various investigative techniques, federal and state data bases, my training and experience, and the training and experience of other law enforcement officers.

## REQUESTED WARRANT

3. This affidavit is provided to support an application for an arrest warrant and complaint for ROBERT MAJTYKA, who resides in Auburn, Indiana, which is in the federal Northern District of Indiana.,

4. For the reasons set forth in this affidavit probable cause exists to believe that MAJTYKA has committed the crime of Cyberstalking in violation of 18 U.S.C. § 2261A(2)(B).

5. 18 U.S.C. § 2261A(2)(B) provides that:

Whoever,

(2) with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, uses the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that—

(B) causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person . . .

shall be punished as provided in section 2261(b) or section 2261B, as the case may be.

Cases have generally held that communications to a victim's office are sufficiently communicated to the victim. *E.g. United States v. Bellrichard*, 994 F.2d 1318, 1321-22 (8th Cir. 1993).

PROBABLE CAUSE

6. On January 4, 2024, the USCP was notified by a member of Congress's office that it had received the following four voicemails from phone number 260-333-3236 that day:

Voicemail #1

"You disobey my order again I'll kill you. I want all them illegal immigrants out of this country. You disobey a direct order I'll kill you. You understand me? All illegal immigrants out! You disobey a direct order I will kill you!"

Voicemail #2

"On second thought, *chuckles*, that's just to scare ya. 'Cause you have kids. You're gay and you got kids. I just put the fear of God of you, now make your choice. You better make the right choice if you love your damn kids or you'll never see him again because I'm not gonna kill your kids. I'm gonna kill you!"

Voicemail #3

"Dad Joe gays and lesbians. If you don't wanna go back straight, if you choose not to, you get a bullet between the eyes. Your fucking choice and I think you should anyway because that's pretty fucking sick. Yeah, put a bullet between their eyes."

Voicemail #4

"Anybody in government and that's including you, Mayor. I want somebody to rip that fucker out of your goddamn mayor unless you're a pussy, and if you're a pussy then I'm gonna shoot you in the head. And I'll bet ya you got a

3

pussy. If you got a dick I'm gonna pull it out of your head, I'm gonna pull it off your ears but if you got a pussy I'm gonna put a bullet between your eyes."

7. According to the staff, they had been keeping track of the number of calls left by the person using this phone number, and that since December 20, 2023, he had left nearly 1,500 voicemails, and his comments had become more and more aggressive.

8. A search of databases containing reliable information and regularly utilized by law enforcement identified the person subscribed to the phone number 260-333-3236 as Robert MAJTYKA, residing in Auburn, Indiana. Mediacom Corporation was identified as the provider of the telephone service to that number. MAJTYKA had also been identified in two previous incidents as the person who had called and left hundreds of voicemails at the same member's office in 2022 and a voicemail threatening to blow up the member's house in 2021.

9. On January 10, 2024, Mediacom provided information pursuant to a subpoena which identified ROBERT MAJTYKA in Auburn, Indiana, as the subscriber of the service at number 260-333-3236. A listing of outgoing calls from that number showed 2,283 outgoing calls to the member's telephone number in Washington D.C. for the period from December 12, 2023, to January 8, 2024.

10. On January 11, 2024, an FBI Special Agent Anthony Valenza, accompanied by an Auburn (IN) Police Department officer, interviewed MAJTYKA at his residence. MAJTYKA was not in custody and the interview was audio recorded with MAJTYKA's knowledge. During the interview MAJTYKA admitted that he

4

had probably called the member of Congress's office hundreds of times. The agent played the four voicemails identified in paragraph 6 above for MAJTYKA. MAJTYKA admitted it was his voice on all four voicemails. He also said he was talking to bugs and termites and that he was talking to himself because he talks out loud and has half of a brain. MAJTYKA stated he does not want to kill the member of Congress or his family and that he did not want to carry out any of the things he said on the voicemails. MAJTYKA promised he would stop calling and leaving voicemails at the member's office, but since the time of his interview he has still left hundreds of voicemails at the member's office.

## CONCLUSION

11. Based upon the above information, I believe there is probable cause to believe that ROBERT MAJTYKA has committed the crime of Cyberstalking in violation of 18 U.S.C. § 2261A(2)(B), and ask that a warrant for his arrest be issued.

12. The foregoing facts are true to the best of my knowledge and belief, and further I sayeth naught.

Kelley, Brandon S.
Digitally signed by Kelley, Brandon S.
Date: 2024.03.18 11:50:23 -04'00'

Brandon Kelley
Special Agent, USCP

Subscribed and sworn before me this 18th day of March 2024.

s/ Michael G. Gostch, Sr.
U.S. Magistrate Judge
Northern District of Indiana